No. 4,969.—STATE ex rel. JOHN S. NYQUIST, Relator and Appellant, v. D. J. MARTIN, Defendant and Respondent.

*Appeal from District Court, Daniels County; C. D. Borton, Judge.*

Decided January 2, 1923.

PER CURIAM.—On motion of respondent the appeal in the above-entitled cause is dismissed, each party to pay his respective costs.

*Messrs. Norris, Hurd & Rhoades,* for Respondent.

*Mr. John S. Nyquist, Mr. Howard M. Lewis* and *Mr. Wellington D. Rankin,* Attorney General, for Appellant.

---

No. 4,921.—MARY A. MARCELLUS, Plaintiff and Appellant, v. FRANK E. WRIGHT et al., Defendants and Respondents.

*Appeal from District Court, Fergus County; Jack Briscoe, Judge.*

Decided January 3, 1923.

PER CURIAM.—On oral motion of counsel for Appellant, the appeal from the judgment in the above-entitled cause is dismissed.

*Mr. Ralph J. Anderson* and *Messrs. Wheeler & Baldwin,* for Appellant.

*Mr. Sydney Sanner* and *Messrs. Belden & De Kalb,* for Respondent.